**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00936-CR

**BEDROS NOBAR MINASSIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-54609-P**

## ORDER

The Court **GRANTS** the State's motion to extend time to file its brief. We **ORDER** the State's brief received on August 1, 2014 filed as of the date of this order.

The Court **GRANTS** the State's motion to present argument only to the extent that if the appeal is submitted with argument, the State will be permitted to argue.

/s/ DAVID EVANS
   JUSTICE